AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JESSICA MADRID, individually, and on behalf of all others similarly situated

V.

US ENERGY SOLUTIONS, INC.

CASE NUMBER: 1:20-cv-00587

ASSIGNED JUDGE: Hon. Edmond E. Chang

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

US ENERGY SOLUTIONS, INC.,
C/O REGISTERED AGENT
PARACORP INCORPORATED
901 S 2ND STREET STE 201
SPRINGFIELD, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_[signature]_
(By) DEPUTY CLERK



February 3, 2020

DATE

ClientCaseID: 58800    CaseReturnDate: 2/4/20

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number 1:20-CV-00587

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT US ENERGY SOLUTIONS, INC.
PERSON SERVED STACY LAATSCH, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 2/4/20

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

Sex FEMALE  Race WHITE  Age 51  Height 5'5"  Build MEDIUM  Hair BLN

LOCATION OF SERVICE  901 S 2ND ST #201
SPRINGFIELD, IL, 62704

Date Of Service 2/4/20    Time of Service 1:31 PM

JOHN PENNELL    2/4/2020
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.