## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JESSICA MADRID, individually, and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 1:20-cv-00587** |
| **US ENERGY SOLUTIONS, INC.,** | § § § | |
| **Defendant.** | § | |

### ORDER EXTENDING RESPONSIVE PLEADING DEADLINE

The Court has considered Defendant's Unopposed Motion to Extend Responsive Pleading Deadline. The Motion is **GRANTED**. Defendant is hereby given until March 17, 2020 to file its responsive pleadings in this action.

SIGNED this _____ day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE