**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JESSICA MADRID, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>US ENERGY SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 20-cv-00587<br><br>Honorable Edmond E. Chang |

### MOTION TO QUASH SERVICE

**NOW COMES** Plaintiff Jessica Madrid ("Plaintiff"), by and through her undersigned counsel, moving this Court for an order quashing service and directing the Clerk to issue an Alias Summons, and in support thereof, stating the following:

1. On January 27, 2020, Plaintiff filed the instant class action against US Energy Solutions, Inc. ("USES") alleging violations of the Telephone Consumer Protection Act ("TCPA"). [Dkt. 1]

2. On February 4, 2020, Plaintiff served an entity with the *identical name* of Defendant ("wrong USES entity").

3. On February 7, 2020, Plaintiff, believing she served the correct entity, filed a proof of service with the Court. [Dkt. 7]

4. On February 24, 2020, counsel for the wrong USES entity filed their respective appearances.

5. Upon further investigation and lengthy dialogue between Plaintiff's counsel and counsel for the wrong USES entity, Plaintiff discovered that although she sued the correct entity, she served the incorrect USES entity.

1

6. Accordingly, Plaintiff is seeking to quash service on the wrong USES entity and effectuate service on the correct USES entity.

7. Plaintiff conferred with counsel for the wrong USES entity and the wrong USES entity has no objection to the relief sought herein.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order (1) quashing service on the wrong USES entity [Dkt. 7]; (2) dismissing the wrong USES entity without prejudice; (3) striking all responsive pleading deadlines associated with the wrong USES entity; (4) directing the Clerk to issue an Alias Summons so Plaintiff can effectuate service on the correct USES entity; and (5) providing any further relief the Court deems just and appropriate.

Dated: May 5, 2020

Respectfully submitted,

*s/ Mohammed O. Badwan*
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
*Counsel for Plaintiff*
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8180
Fax: (630) 575-8188
mbadwan@sulaimanlaw.com