**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JESSICA MADRID, individually, and behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:20-cv-00587 |
| v. | Honorable Judge Edmond E. Chang |
| US ENERGY SOLUTIONS, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JESSICA MADRID and the Defendant US ENERGY SOLUTIONS, INC., through their respective counsel that the above-captioned action is dismissed, without prejudice as to Defendant US ENERGY SOLUTIONS, INC. pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 27, 2020                     Respectfully Submitted,

JESSICA MADRID                          US ENERGY SOLUTIONS, INC.

*/s/ Joseph S. Davidson*                 */s/ Peter M. Morse (with consent)*
Joseph S. Davidson                       Peter M. Morse
*Counsel for Plaintiff*                  *Counsel for Defendant*
Sulaiman Law Group, LTD.                 Morse, Bolduc & Nardulli
2500 S. Highland Ave., Ste. 200          25 E. Washington St., Suite 750
Lombard, Illinois 60148                  Chicago, Illinois 60602
Phone: (630) 575-8181                    Phone: (312) 251-5587
jdavidson@sulaimanlaw.com                pmorse@morseandbolduc.com